IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NATHAN H. CHISM**                                                             **PLAINTIFF**
**ADC #550129**

v.                  No: 4:22-cv-01106-PSH

**DEXTER PAYNE**, *et al.*                                          **DEFENDANTS**

## ORDER

On January 3, 2023, the Court recommended that Plaintiff Nathan Chism's First Amendment free exercise, RLUIPA, and state law conversion claims proceed and his remaining claims be dismissed without prejudice for failure to state a claim upon which relief may be granted (Doc. No. 4). Chism filed objections (Doc. No. 6). The recommendation remains pending.

On February 14, 2023, the Court recommended Chism's claims against a Doe defendant be dismissed without prejudice due to lack of service (Doc. No. 16). Chism did not file an objection, and that recommendation remains pending.

On March 22, 2023, the parties consented to the jurisdiction of a United States Magistrate Judge (Doc. No. 20). As such, the undersigned is authorized to conduct all proceedings in this civil action and to order entry of a final judgment. *Id*. The Partial Recommendations (Doc. Nos. 4 & 16) are therefore withdrawn. The Court has reviewed Chism's objections to the dismissal of certain claims, but finds the

additional allegations made by Chism do not cure the deficiencies in his complaint.[1] Accordingly, the claims recommended to be dismissed in the January 3 recommendation are hereby DISMISSED without prejudice for failure to state a claim on which relief may be granted, and Chism's claims against the Doe defendant are dismissed for lack of service.

    IT IS SO ORDERED this 22nd day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Even if those allegations were sufficient to cure the deficiencies in his complaint, Chism would have to amend his complaint to include those allegations.