# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NATHAN H. CHISM**  **PLAINTIFF**
**ADC #550129**

v.  No: 4:22-cv-01106-PSH

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered in favor of defendants. Plaintiff Nathan H. Chism's claims are dismissed without prejudice.

DATED this 3rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE